E. C. Manufacturing Company, appellee, v. Pratt Automatic Machine Company, appellant. Gen. No. 26,896.

Action on an indebtedness for merchandise sold and delivered to defendant and on an account stated. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Gridley, P. J., dissenting. Opinion filed January 17, 1922. Rehearing denied January 30, 1922.

Charles M. Haft, for appellant. Harry J. Myerson and Slottow & Leviton, for appellee; Charles Leviton, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Wilson B. Golden, appellee, v. County of Cook, appellant. Gen. No. 26,914.

Action by civil service employee wrongfully laid off for salary due. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed January 17, 1922.

Robert E. Crowe, W. W. DeArmond and William H. Duval, for appellant. A. D. Gash, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Joseph J. Zbetovsky, appellant, v. George Obzera, appellee. Gen. No. 26,926.

Motion to vacate and set aside an order to quash and mark satisfied an alias execution issued on the transcript of a judgment in justice's court. Motion denied. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed. Opinion filed January 17, 1922. Rehearing denied January 30, 1922.

Joseph J. Zbetovsky, pro se. Stanley Vesely, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Albert E. Gustafson, appellee, v. Yellow Cab Company et al., on appeal of Walden W. Shaw Livery Company, appellant. Gen. No. 26,938.

Action for personal injuries received by plaintiff when struck by one of defendant's taxicabs. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed January 17, 1922.

D'Ancona & Pflaum and P. L. McArdle, for appellant. Finn & Miller, for appellee.

Mr. Justice Barnes delivered the opinion of the court.